IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAVARES A. LANDRUM,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3028

Opinion filed October 6, 2017.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Javares A. Landrum, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ. CONCUR.